## 62608. HEDDEN v. THE STATE.

DEEN, Presiding Judge.

The appellant, although ordered to do so, has failed to file an enumeration of errors and to present either a brief or oral argument in this court. We have nevertheless thoroughly examined the record and are satisfied that the evidence is sufficient to support the order of revocation of probation. The judgment is accordingly affirmed.

*Judgment affirmed. Banke and Carley, JJ., concur.*

DECIDED OCTOBER 14, 1981.

*Robert F. Oliver,* for appellant.

*V. D. Stockton, District Attorney,* for appellee.